UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 22-30328
                                      Originating No. 22-cr-10192

**DOYAL KHALITA**

    a/k/a "Bhaskar Kalita"
    a/k/a "Bhaskar Doial"
    a/k/a "Doial Kalita",

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DOYAL KHALITA,** to answer to charges pending in another federal district, and states:

1. On **August 3, 2022** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Massachusetts based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C §1349- Wire Fraud Conspiracy; 21 U.S.C. §963- Conspiracy to Import Schedule II and Schedule IV Controlled Substances; 18 U.S.C. §1956- Money Laundering Conspiracy.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                    Respectfully submitted,

                    DAWN N. ISON
                    United States Attorney


                    s/Ben Coats
                    Assistant U.S. Attorney
                    211 W. Fort Street, Suite 2001
                    Detroit, MI 48226
                    Benjamin.coats@usdoj.gov
                    (313) 226-9734

Dated: August 4, 2022